THIRD DEPARTMENT, NOVEMBER, 1992

(November 5, 1992)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN SMITH, Appellant.—Appeal from a judgment of the County Court of Broome County (Monserrate, J.), rendered

April 27, 1989, convicting defendant upon his plea of guilty of the crime of criminal possession of a controlled substance in the third degree.

Defendant's only contention on this appeal is that his sentence of 3 to 9 years' imprisonment was harsh and excessive. We disagree. Defendant was permitted to plead guilty to the crime of criminal possession of a controlled substance in the third degree in full satisfaction of a two-count indictment. The sentence he received was within the statutory guidelines and consistent with the plea-bargain agreement. Given these circumstances, and considering the seriousness of the crime of which defendant was convicted, we find no reason to disturb the sentence imposed by County Court *(see, People v Maye,* 143 AD2d 483, *lv denied* 73 NY2d 788).

Mikoll, J. P., Yesawich Jr., Mercure, Crew III and Casey, JJ., concur. Ordered that the judgment is affirmed.